# Exhibit A

**KELLER & GOGGIN P.C.**
Robert Goggin, Esq
Attorney ID. No. 61779
1528 Walnut Street, Suite 900
Philadelphia, PA 19102
(215) 735-8780

**THIS IS A MAJOR JURY TRIAL**
**ASSESSMENT OF DAMAGES**
**HEARING IS REQ'D**

*Filed and Attested by the Office of Judicial Records 07 OCT 2020 10:09 am A. SILIGRINI*

| | |
|---|---|
| MICHAEL MCCARTHY<br>2 Jacalyn Drive<br>Havertown, PA  19083<br>         Plaintiff<br>v.<br>MICHAEL PERRY,<br>6905 Martin Hill Pike<br>Knoxville, Tennessee  37920<br><br>and<br><br>GLENN JOHNSON<br>314 Park Ave<br>New Castle, DE 19720<br><br>         Defendants. | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>TERM<br><br>NO.: |

<u>Civil Action</u>
<u>Defamation</u>

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney, and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL

**PHILADLEPHIA BAR ASSOCIATION**

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha do la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su personá. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE

Case ID: 201000357

| | |
|---|---|
| **KELLER & GOGGIN P.C.**<br>Robert Goggin, Esq<br>Attorney ID. No. 61779<br>1528 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>(215) 735-8780 | **THIS IS A MAJOR JURY TRIAL**<br>**ASSESSMENT OF DAMAGES**<br>**HEARING IS REQUIRED** |
| MICHAEL MCCARTHY<br>2 Jacalyn Drive<br>Havertown, PA 19083<br>        Plaintiff<br>    v.<br>MICHAEL PERRY,<br>6905 Martin Hill Pike<br>Knoxville, Tennessee 37920<br><br>    and<br><br>GLENN JOHNSON<br>314 Park Ave<br>New Castle, DE 19720<br><br>        Defendants. | **COURT OF COMMON PLEAS**<br><br>**PHILADELPHIA COUNTY**<br><br>**TERM**<br><br>**NO.:** |

## COMPLAINT

1. Michael and Angela McCarthy reside at 2 Jacalyn Drive, Havertown, Pa 19083.

2. Michael Perry has an office at 6905 Martin Hill Pike, Knoxville, Tennessee 37902.

3. Glenn Johnson resides at 314 Park Ave, New Castle, Delaware 19720.

4. Most of the acts giving rise to this claim occurred in Philadelphia, Pa.

Case ID: 201000357

## COUNT 1
## DEFAMATION

5. On or about, October 14, 2019, Defendants published and or caused to be published false, and defamatory information about Plaintiff to third parties.

6. Defendants published both in writing and by spoken word, the before mentioned defamatory information knowing it to be false and misleading.

7. Defendant published this information knowing it would damage the reputation of Plaintiff within his community and work.

8. Defendants has multiple contacts and conducts commercial activity in Philadelphia.

9. Defendants have multiple members that live and regularly work in Philadelphia.

10. Defendants actions have caused Plaintiff the loss of his General Chairman elected position.

11. As a result of the loss of the General Chairman position Plaintiff has lost pay, benefits and pension increases.

13. As a result of the Defendants false information Plaintiff has lost his job and seniority at CSX railroad.

14. As a result of the Defendant's false information Plaintiff has suffered and will continue to suffer economically, physically and emotionally.

Case ID: 201000357

15. As a result of the defendant's false statements and writings along with the job loss and financial loss Plaintiff has suffered severe emotional distresses well as pain and suffering all of which will continue into the future.

**WHEREFORE** Plaintiff request this Honorable Court award damages in excess of $50,000.00.

## COUNT 2
## LOSS OF CONSORTIUM

16. Paragraphs 1-15 are contained in this count as if fully written out here.

17. As a result of Defendant's actions delineated above, Angela McCarthy has been deprived of the customary services of her husband. Those services include emotional, physical, financial and other services, to her detriment.

**WHEREFORE** Plaintiffs request this Honorable Court award damages in excess of $50,000.00.

BY: */s/ Robert S. Goggin, III*
**KELLER & GOGGIN, PC**
Robert S Goggin III, Esq.
1528 Walnut Street
Suite 900
Philadelphia, PA 19102
(p) 215-735-8780
(f) 215-735-5126
rgoggin@keller-goggin.com

Case ID: 201000357